IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL H. HARRIS and )
BEVERLY D. HARRIS, )
)
    Plaintiffs, ) CASE NO. 3:11-0412
) JUDGE HAYNES
v. )
)
NATIONWIDE MUTUAL FIRE )
INSURANCE COMPANY, et. al. )
)
    Defendants. )

## ORDER

In accordance with the Memorandum filed herewith, the Regions Defendants' motion to dismiss (Docket Entry No.60 ) is **GRANTED** and Plaintiffs' claims against the the Regions Defendants and its predecessor AmSouth Bank, N.A. are **DISMISSED with prejudice..**

It is so **ORDERED**.

**Entered** this the 31st day of May, 2012.

William J. Haynes, Jr.
United States District Judge